UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **Susie Peck**, ) | |
| ) | Case No. 1:09-cv-421 |
| Plaintiff, ) | |
| ) | Hon. Paul L. Maloney |
| v. ) | |
| ) | |
| **NCO Financial Systems, Inc.**, ) | |
| a Pennsylvania corporation, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**Notice of Settlement**

The parties have agreed to settle this lawsuit with prejudice and intend to file a Stipulation of Dismissal no later than Monday, July 6, 2009.

Dated: June 29, 2009

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503-3026
(616) 776-1176
ConsumerLawyer@aol.com