UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| **Susie Peck**, | ) | |
| | ) | Case No. 1:09-cv-421 |
| Plaintiff, | ) | |
| | ) | Hon. Paul L. Maloney |
| v. | ) | |
| | ) | |
| **NCO Financial Systems, Inc.**, | ) | |
| a Pennsylvania corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**Stipulation of Dismissal**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff through her attorney of record, and defendant through its attorneys of record, being all of the parties who have appeared in this action, stipulate to its immediate dismissal with prejudice.

Dated: July 2, 2009            /s/ Phillip C. Rogers
                               Phillip C. Rogers (P34356)
                               Attorney for Plaintiff
                               40 Pearl Street, N.W., Suite 336
                               Grand Rapids, Michigan 49503-3026
                               (616) 776-1176
                               Consumerlawyer@aol.com


Dated: July 2, 2009            /s/ Deborah A. Lujan
                               Deborah A. Lujan (P46990)
                               Collins, Einhorn, Farrell & Ulanoff
                               Attorneys for Defendant
                               4000 Town Center, Suite 909
                               Southfield, Michigan 48075
                               (248) 355-4141
                               deborah.lujan@ceflawyers.com